# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BEVERLEY ANNE DOUGLAS,**

        **Plaintiff,**

**-vs-**                           **Case No. 6:10-cv-1327-Orl-28KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This case is before the Court on review of the Complaint filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying her claim for social security benefits. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner be reversed and the case remanded.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed October 12, 2011 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The decision of the Commissioner is **REVERSED** and the case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further proceedings.

3.  The Clerk of the Court is directed to issue a judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __7th___ day of November, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge