**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**BEVERLEY ANNE DOUGLAS,**

      **Plaintiff,**

**-vs-**                                    **Case No. 6:10-cv-1327-Orl-28KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

      **Defendant.**

_____

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **PLAINTIFF'S UNCONTESTED PETITION FOR ATTORNEY'S FEES (Doc. No. 26)** |
| **FILED:** | **January 30, 2012** |

Plaintiff Beverley Anne Douglas seeks an award of attorney' fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. A final judgment reversing the decision below was entered on November 7, 2011. Doc. No. 23. The United States does not oppose the fee request. Doc. No. 26. An award of fees is, therefore, ripe for consideration.

Douglas' attorney seeks an award of $4,444.48 for 24.8 hours of work at the rate of $175.05 for work in 2010 and $179.50 for work in 2011. The EAJA sets a ceiling of $125.00 on the hourly rate for which attorneys may be compensated under the statute, which courts may adjust upward based on changes in the Consumer Price Index (CPI). 28 U.S.C. § 2412(d)(2)(A). Douglas provided an

analysis for the cost-of-living increase that supports the requested hourly rate. Accordingly, I find that the rates are reasonable without objection.

I also find the total hours worked are reasonable in the absence of objection.

Accordingly, it is **respectfully recommended** that the Uncontested Petition for Attorney's Fee be **GRANTED** and the Commissioner directed to pay to Douglas $4,444.48 in attorney's fees. The Commissioner may, if he agrees to do so, pay these fees directly to Douglas' attorney after deducting any monies Douglas owes the United States based on the assignment signed by Douglas. Doc. No. 26-1.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Respectfully recommended** in Orlando, Florida on January 4, 2012.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE