# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BEVERLEY ANNE DOUGLAS,**

        **Plaintiff,**

**-vs-**                                      **Case No.  6:10-cv-1327-Orl-28KRS**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 26) filed December 30, 2011.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.      That the Report and Recommendation filed January 4, 2012 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.      Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 26) is **GRANTED**.

    3.      The Commissioner of Social Security is directed to pay Plaintiff $4,444.48 in attorney's fees.  The Commissioner may, if he agrees to do so, pay these fees directly to

Plaintiff's attorney after deducting any monies Plaintiff owes the United States based on the

assignment signed by Plaintiff (Doc. 26-1).

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___31st___ day of January,

2012.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge