UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BEVERLEY ANNE DOUGLAS,

          Plaintiff,

-vs-                                            Case No. 6:10-cv-1327-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____

## ORDER

This case is before the Court on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. No. 29) filed November 9, 2012. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent *de novo* review of the record in this matter, and consideration of the Objections filed by Plaintiff (Doc. No. 33), Defendant's Response to Plaintiff's Objections (Doc. No. 34), Plaintiff's Objections to Defendant's Response (Doc. No. 35), Defendant's Reply to Plaintiff's Objections (Doc. No. 38), and the recent decision of the United States Court of Appeals for the Eleventh Circuit in Paltan v. Comm'r of Soc. Sec., No. 12-14366 (11th Cir. May 1, 2013), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 14, 2012 (Doc. No. 32) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee (Doc. No. 29) is **GRANTED in part.**

3. Richard A. Culbertson is allowed to charge Plaintiff Beverley Anne Douglas a fee for federal court representation in the amount of $12,333.77, to be paid out of her past-due benefits award.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of June, 2013.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record